MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mayry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation, <br><br>   Plaintiff, <br><br> v. <br><br> QUALITY PRINTING, INC., a Nevada Corporation, PRINTING AND MAILING SOLUTIONS, INC., a Nevada Corporation, MASTER MAILERS, INC., a Nevada Corporation, NEVADA MARKETING SYSTEMS, INC., a Nevada Corporation, MARIO CASTRO, an individual, MIGUEL CASTRO, an individual, LETICIA CASTRO, an individual, IRMA CASTRO, an individual; DOES I - X, and ROE CORPORATIONS I - X, inclusive, <br><br>   Defendants. | CASE NO.: 2:10-cv-00761-KJD-LRL |

**DEFAULT JUDGMENT**

This Honorable Court having read and considered the Application for Judgment by Default, the Affidavits of Megan K. Mayry McHenry, Esq. and Charles Corrigan, and a Default having been entered against Defendants PRINTING AND MAILING SOLUTIONS, INC., MASTER MAILERS, INC., NEVADA MARKETING SYSTEMS, INC., MARIO CASTRO, MIGUEL CASTRO, and IRMA CASTRO (hereinafter "Defendants") on July 15,

1

2010, this Court having found that there is no just reason for delay and upon express direction for the Entry of Judgment and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Application for Judgment by Default is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to FRCP 55(b) that Final Judgment be, and the same hereby is, entered in favor of Plaintiff, XEROX CORPORATION, and against Defendants, as follows:

For damages in the amount of $506,919.66, plus attorneys' fees in the amount of $2,587.50 and costs in the amount of $430.00, for a total Judgment amount of $509,937.16 plus interest at the legal rate.

IT IS SO ORDERED.

DATED this 9th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LAW OFFICE OF HAYES & WELSH

By:  /s/ MEGAN K. MAYRY MCHENRY, ESQ.
     GARRY L. HAYES, ESQ.
     Nevada State Bar No. 001540
     MEGAN K. MAYRY MCHENRY, ESQ.
     Nevada State Bar No. 009119
     199 North Arroyo Grande Blvd., Suite 200
     Henderson, Nevada 89074
     702-434-3444
     Attorneys for Plaintiff