ORDR
GARRY L. HAYES, ESQ.
Nevada State Bar No. 001540
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF GARRY L. HAYES
199 N. Arroyo Grande Blvd., #200
Henderson, NV 89074
702-434-3444

Attorneys for Plaintiff

United States District Court
for the
DISTRICT OF NEVADA

XEROX CORPORATION, a New York Corporation,

Plaintiff,

vs.

QUALITY PRINTING, INC., a Nevada Corporation, PRINTING AND MAILING SOLUTIONS, INC., a Nevada Corporation, MASTER MAILERS, INC., a Nevada Corporation, NEVADA MARKETING SYSTEMS, INC., a Nevada Corporation, MARIO CASTRO, an individual, MIGUEL CASTRO, an individual, LETICIA CASTRO, an individual, IRMA CASTRO, an individual; DOES I-X, and ROE CORPORATIONS I-X, inclusive,

Defendants.

CASE NO.: 2:10-cv-00761-KJD-LRL
DEPT:

**ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTOR**

It is appearing to the Court by the Ex Parte Motion for Order Allowing Examination of Judgment Debtor that Judgment was entered against Defendants on September 9th, 2010, and good cause otherwise appearing, it is hereby

ORDERED that MARIO CASTRO, Defendant in the above action, is ordered to appear at the office of counsel for Plaintiff located at 199 No. Arroyo Grande Blvd., Suite 200, Henderson, NV 89074, on the 7th day of April, 2011, at the hour of 11:00 a.m. and on

such further days as counsel for Plaintiff shall name, to testify under oath concerning his property and to provide written documentation as described on attached Exhibit A including but not limited to bank statements, tax returns and financial statements.  Said Judgment Debtor is hereby forbidden in the meantime from disposing of any property not exempt from execution.

Failure to appear at the time and place stated above may result in court ordered sanctions including the issuance of an arrest warrant.

DATED this 14th day of March, 2011.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

LAW OFFICE OF HAYES & WELSH

By: _____
Garry L. Hayes, Esq.
Nevada Bar No. 001540
Megan K. Mayry McHenry, Esq.
Nevada Bar No. 009119
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV  89074
Attorneys for Plaintiff

# EXHIBIT "A"

# EXHIBIT 1

1. A copy of any and all documents regarding any and all real estate or other property owned by yourself. The requested documents specifically include all Deeds, Deeds of Trust, Mortgage Applications, Closing Statements, coupon books, statements of account, credit reports, title insurance policies, contracts, and all other information in any way reflecting your involvement with, your ownership of, or your transactions as regards real estate or other property owned by yourself.

2. A list of all real property owned by you and if occupied by Tenants, all documents regarding the rental, including listing agreements, leases, and other contracts. Further, please state: Tenants' names, Tenants' address, and Amount of Monthly Rent.

3. A copy of any and all Lease(s) regarding any real estate or other property not owned by yourself but for which regular monthly lease payments are being made.

4. Income tax returns and any quarterly estimates of federal or state income taxes, for the past three years.

5. All bank statements, cancelled checks and savings deposit books/records from any and all checking accounts, savings account records, safe deposit boxes, certificates of deposit and any certificates of stocks and bonds belonging to you or in which you have had any interest whatsoever either alone or jointly with any other person for three years preceding the date of this Order.

6. All keys to any and all safe deposit boxes, whether privately maintained or in any bank or savings and loan or similar association belonging to you, or in which you have, or have had an interest whatsoever, either alone or jointly, with any other person or persons for one year preceding the date of this Order, and all documents relating to that safe deposit box.

7. Any and all documents describing and identifying any brokerage accounts, stocks, bonds, money market accounts, or other financial accounts belonging to you, or in which you have, or have had an interest whatsoever either alone or jointly, with any other person or persons for three years preceding the date of this Order.

8. All life insurance policies now upon your life or naming you as beneficiary therein.

9. All evidence of any and all notes, contracts, negotiable instruments, receivable or accounts receivable whether due or not due belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for three years preceding the date of this Order.

10. A list of all clients, customers, accounts, accounts receivable, and persons that owe you money, including contact information and amount owed.

11. All fire, burglary, and extended coverage insurance policies now in force upon any real estate or personal property (including copies of insurance inventories) owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

12. If employed, your employer's name, your salary and your job title.

13. Any and all information regarding any employment you have had during the last three years, including but not limited to, employment contracts, policy manuals, benefit handbooks, and pay/check stubs regarding such employment, whether full-time, part-time, commissioned or otherwise.

14. Your social security number and a copy of your driver's license.

15. All titles, certificates of title, registrations, bills of sale, or contracts of sale upon personal property, including but not limited to automobiles, boats, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever alone or jointly with any other person or persons for three years preceding the date of this Order.

16. A complete inventory of all items of personal property owned by you, of any nature whatsoever, including automobiles, boats, household fixtures, furnishings, appliances, tools, and clothing, whether paid for or not. If the personal property is not in your possession and in the possession of another person, designate the name and address of the person having possession of the property.

17. All automobile or personal property casualty or collision or all risk insurance policies presently owned by you.

18. All evidence of mining claims, patents, or development work owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for three years preceding the date of this Order.

19. All documents which represent any trademark, trade name, copyright, or patent in which you have or have had an interest.

20. All general ledgers, accounting journals, financial statements or other financial records prepared or maintained for the last three years.

21. Any and all documents reflecting or related to any trusts, wherein you are a beneficiary, trustee or trustor, including trust formation documents.

22. Conveyances of any real or personal property to a trust.

23. Any and all documents related to any money owed by you to someone else, including but not limited to correspondence from collection agencies and attorneys.

**If you are employed by, act as an agent for, are a partner in a business entity, or are the proprietor of a business entity, own more than 10% of the stock of an incorporated business entity, or have been an officer or director of a corporation, limited liability company, or other business entity within the last three years, you are required to bring with you (as regards the said business entities), the following documents:**

1. Copies of all corporate Articles, Minutes, By-Laws, Stock Transfer Ledgers and other "corporation" records.

2. Copies of any partnership or joint venture agreements and all correspondence related thereto.

3. Copies of all tax returns for such businesses within the last three years.

4. Copies of any and all documents whereby you acquired or disposed of an interest in any businesses within the last four years.

5. Copies of any employment or consulting contracts to which you or the business are a party.

6. All bank statements and cancelled checks for all accounts on which you have been a signatory during the last three years.

7. All checkbooks with check stubs for the last three years, and any and all general ledgers or journals recording the financial activity of such businesses.

8. Any savings account books with you as a signatory.

9. Any notes owed to the businesses.

10. Copies of all accounts receivable documents, both current and for one year prior to the date of this Order.

11. A copy of any and all leases regarding any real estate or other property not owned by yourself or the business, but for which regular monthly lease payments are being made by yourself or on behalf of the business.

12. A list of any and all vehicles owned by the business.

13. All general ledgers, accounting journals, financial statements or other financial records prepared or maintained during the last three years.