MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mayry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY PRINTING, INC., a Nevada Corporation, PRINTING AND MAILING SOLUTIONS, INC., a Nevada Corporation, MASTER MAILERS, INC., a Nevada Corporation, NEVADA MARKETING SYSTEMS, INC., a Nevada Corporation, MARIO CASTRO, an individual, MIGUEL CASTRO, an individual, LETICIA CASTRO, an individual, IRMA CASTRO, an individual; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>    Defendants. | CASE NO.: 2:10-cv-00761-KJD-LRL |

**JUDGMENT**

This Honorable Court having entered an Order granting Plaintiff's Motion for Summary Judgment against Quality Printing, Inc. and Leticia Castro on June 2, 2011,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to FRCP 56 and Local Rule 7-2(d), Final Judgment be, and the same hereby is, entered in favor of

1

1 | Plaintiff, XEROX CORPORATION, and against Defendants, QUALITY PRINTING, INC.
2 | and LETICIA CASTRO as follows:
3 |
4 |     For damages in the amount of $506,919.66, plus attorneys' fees in the amount of
5 | $2,587.50 and costs in the amount of $430.00, for a total Judgment amount of $509,937.16
6 | plus interest at the legal rate.
7 |     IT IS SO ORDERED.
8 |     DATED this __6__ day of __June__, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LAW OFFICE OF HAYES & WELSH

By:    /s/Megan K. Mayry McHenry
     GARRY L. HAYES, ESQ.
     Nevada State Bar No. 001540
     MEGAN K. MAYRY MCHENRY, ESQ.
     Nevada State Bar No. 009119
     199 North Arroyo Grande Blvd., Suite 200
     Henderson, Nevada 89074
     702-434-3444
     Attorneys for Plaintiff